UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ANDREW TONG,<br><br>      Defendant. | No. CR18-217 RSM<br><br>ORDER GRANTING AGREED MOTION TO PROCEED WITH PLEA HEARING BY VIDEOCONFERENCE |

    This Court has considered the Agreed Motion to Proceed with Plea Hearing by Videoconference. Because Mr. Tong is out-of-custody and residing in the Portland, Oregon vicinity and because the trial is soon set to commence and having the change of plea take place before the trial allows the parties and the Court to most efficiently allocate resources, the Court finds that the change of plea hearing cannot be further delayed without serious harm to the interest of justice. Accordingly, it is therefore,

    ORDERED that the change of plea hearing should proceed as scheduled and take place by videoconference.

    DONE this 11th day of August, 2020.

                                                RICARDO S. MARTINEZ
                                              CHIEF UNITED STATES DISTRICT JUDGE