The Hon. Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR18-217 RSM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATED ORDER OF FORFEITURE** |
| ANDREW TONG, | |
| Defendant. | |

THIS MATTER comes before the Court on the parties' Stipulated Motion for Entry of an Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Andrew Tong's interest in the following property:

- A judgment for a sum of money in the amount of $100,120, reflecting the proceeds Defendant Tong obtained that were involved in the Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(1)(B) and 1956(h).

The Court, having reviewed the Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS that entry of an Order of Forfeiture is appropriate because:

///

///

Stipulated Order of Forfeiture - 1
U.S. v. Andrew Tong, CR18-217 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The proceeds of Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(1)(B) and 1956(h), are forfeitable pursuant to 18 U.S.C. § 982(a)(1);

- In the Plea Agreement he entered on August 13, 2020, Defendant Tong agreed to forfeit the above-identified sum of money, which reflects the proceeds he obtained that were involved in the Conspiracy to Commit Money Laundering (Dkt. No. 501, ¶ 11); and

- This sum of money is personal to the Defendant; pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1.  Pursuant to 18 U.S.C. § 982(a)(1) and his Plea Agreement, Defendant Tong's interest in the above-identified sum of money in the amount of $100,120 is fully and finally forfeited, in its entirety, to the United States;

2.  Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Order will become final as to the Defendant at the time he is sentenced; it will be made part of the sentence; and it will be included in the judgment;

3.  No right, title, or interest in the above-identified sum of money exists in any party other than the United States;

4.  Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed this sum of money in the amount of $100,120; and

///

///

Stipulated Order of Forfeiture - 2
*U.S. v. Andrew Tong,* CR18-217 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 10th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

 /s/ Krista K. Bush
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Stipulated Order of Forfeiture - 3
U.S. v. Andrew Tong, CR18-217 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970