Chief Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW TONG,<br><br>　　　　　　Defendant. | NO. CR18-217 RSM<br><br>ORDER TO SEAL |

Having read the Defendant's Motion to Seal and because of the sensitive information contained in the Defendant's Sentencing Memorandum;

It is hereby ORDERED that the Defendant's Sentencing Memorandum shall remain sealed.

DATED this 4th day of October, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*S/ Barry Flegenheimer*
Barry Flegenheimer, WSBA #11024
Attorney for Andrew Tong

ORDER TO SEAL
*[No. CR18-217 RSM]*
 Page 1 of 1

**Bell Flegenheimer**
119 First Ave South
Suite 500
Seattle, WA 98104
Tel: (206) 621-8777
Fax: (206) 621-1256