Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ANDREW TONG,<br><br>Defendant. | NO. CR18-217 RSM<br><br>**ORDER TO SEAL** |

Having read the Government's Motion to Seal and because of the sensitive information contained within the Government's Supplemental Sentencing Memorandum;

//
//
//

Order to Seal
*U.S. v. Tong;* CR18-217-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is hereby ORDERED that the Government's Sentencing Memorandum shall remain sealed.

DATED this 5th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*S/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney

Order to Seal
*U.S. v. Tong;* CR18-217-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970