The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br>ANDREW TONG,<br><br>                Defendant. | No.  CR18-217 RSM<br><br>ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

    This matter having come before the Court on the Defendant Andrew Tong's Motion for Early Termination of Supervised Release, and the Court having reviewed the motion, responsive pleadings, and the records and files herein,

    THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Tong's supervised release is warranted by the conduct of Mr. Tong and in the interests of justice;

    IT IS FURTHER ORDERED that the term of supervised release for Mr. Tong shall be terminated, effective immediately.

    The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this 5th day of December, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Barry Flegenheimer*
Attorney for Andrew Tong